IN THE
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 15-3360 and 15-3361

MATTHEW CONTE

v.

JOSE R. RIOS, RANDY RUEDIGER, MIDDLESEX TOWNSHIP,
DAVID WELLINGTON, MARS BOROUGH,
OFFICER ANDRA SCHIMD and ADAMS TOWNSHIP;

APPEAL OF DAVID WELLINGTON, at No. 15-3360;

APPEAL OF RANDY RUEDIGER, at No. 15-3361.

MOTION TO EXTEND

AND NOW, come David Wellington, appellant at No. 15-3360, and Randy Ruediger, appellant at No. 15-3361, and hereby move for a fourteen-day extension within which to file their respective briefs and the joint appendices, and, in support thereof, they state as follows:

1

1. These appeals involve the issue of qualified immunity for two police officers who were involved in the pursuit of appellee Rios. During the pursuit, appellee Rios' vehicle collided with that of appellee Conte.

2. The briefing schedule calls for the appellants' briefs and appendices to be filed on or before Monday, January 25, 2016.

3. Counsel for appellant Wellington obtained the consent of all counsel to a fourteen-day extension, but was unable to call the case manager on January 21 because he was engaged in a lengthy deposition in Martinsburg, WV.

4. Good cause exists for the extension because, during the time allowed for the briefing of this case, counsel for appellant Wellington was engaged in the preparation and filing of a petition for allowance of appeal with the Supreme Court of Pennsylvania in the case of Adams Township v. Richland Township, No. 24 WAL 2016. Counsel assumed the handling of that case after prior counsel left the firm. The petition for allowance of appeal was filed on January 19, 2016. Because the deadline for a petition for allowance of appeal is jurisdictional, it could not be extended by the court despite the overlap with the briefing schedule in this case.

5. Counsel for appellants Wellington and Ruediger believe that the due dates for both cases should be kept consistent with one another so as to avoid any

confusion and duplication of effort that could arise if their briefs and appendices were filed on different dates.

6. The requested extension will not cause a substantial delay in the disposition of this case and will not prejudice the rights of any parties to the appeal.

WHEREFORE, David Wellington, appellant at No. 15-3360, and Randy Ruediger, appellant at No. 15-3361, respectfully request a fourteen-day extension for the filing of their respective briefs and appendices.

Respectfully submitted,

THOMAS, THOMAS & HAFER, LLP

By: /s/ Louis C. Long
    Suzanne B. Merrick, Esquire
    PA I.D. No. 47724
    Louis C. Long, Esquire
    PA I.D. No. 32615

    525 William Penn Place
    Suite 3750, 37th Floor
    Pittsburgh, PA  15219
    412-697-7403

    Counsel for David Wellington,
    Appellant in No. 15-3360 and
    Appellee in No. 15-3361

and

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

By: */s/ Shane Haselbarth*
    Shane Haselbarth, Esquire
    PA I.D. No. 206371

    2000 Market Street
    Suite 2000
    Philadelphia, PA 19103
    215-575-2639

    Counsel for Randy Ruediger,
    Appellant in No. 15-3361 and
    Appellee in No. 15-3360

1928236.1